IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

DIANE JONES                                                                                           PLAINTIFF
ADC #706096

V.                               NO. 1:05CV00059 JMM/JWC

STEPHEN COOK, et al                                                                            DEFENDANTS

ORDER

On January 13, 2006, Plaintiff, through counsel, filed a motion to voluntarily dismiss party Defendants Larry Norris and the Arkansas Department of Correction from this case (docket entry #28). There are no objections; therefore, the Court finds that no reason exists to deny Plaintiff's request. The motion (docket entry #28) is hereby GRANTED. The Clerk of the Court is directed to note the termination of Larry Norris and the Arkansas Department of Correction as parties to this matter.

Defendant Kesseling, originally sued as DeAnna Kessenger, has indicated her correct name (see docket entry #23). The Clerk is directed to make the necessary changes to reflect the correct name of this Defendant as DeAnna Kesseling.

This case will proceed against Defendants Cook, Kesseling, and "John Does, unknown medical and prison officials, Arkansas Department of Correction, McPherson Unit" at this time.

IT IS SO ORDERED this   19   day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE